**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: Claudine Yao | § | Case No.: 25−36919 |
| | § | |
| Debtor | § | Chapter: 7 |

## Notice of Proposed Abandonment

The chapter 7 trustee in this case has submitted a Report of No Distribution, and proposes to abandon all property of the estate scheduled by the Debtor(s) pursuant to Fed. R. Bankr. P. 6007(a) that has not been previously abandoned. Any party in interest may file and serve an objection within 14 days of the sending of this Notice. If no timely objection is filed, all scheduled assets not previously abandoned will be abandoned without the necessity of further Court order. If a timely objection is filed, the proposed abandonment will not occur until the Court rules on the proposed abandonment. If the chapter 7 trustee's Report of No Distribution is withdrawn within 14 days of the date of this notice, the proposed abandonment is likewise withdrawn.

Date: 12/20/25

/s/ Nathan Ochsner

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-36919-arp |
| Claudine Yao | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 22, 2025 | Form ID: ch7narpt | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Claudine Yao, 1255 Eldridge Pkwy, Apt 418, Houston, TX 77077-2166 |
| 13129167 | + | Ally Credit Card / CWS (OLLOfrBOM), 1000 N WEST ST FL 11, WILMINGTON, DE 19801-1058 |
| 13146148 | + | CCB/TLS/QC, 16 Berryhill Rd, Columbia, SC 29210-6433 |
| 13129172 | | Capital One, N.A., 5110 8oth St Suite B, Lubbock. TX 79424 |
| 13129177 | | Fig Tech Inc (Fig Loans), 3 SUGAR CREEK CENTER BLVD, SUGAR LAND, TX 77478-2210 |
| 13129178 | + | Full Circle Financial Services, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 13129183 | + | LVNV Funding LLC, P.O. Box 115220, Carrollton, TX 75011-5220 |
| 13129307 | + | Synchrony Bank, 275 W Campbell Rd, Ste 312, Richardson, TX 75080-3601 |
| 13129332 | | The Dawson Apartments, 3411 Briar Forest Dr #1079, Houston, TX 77077 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 13129166 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 22 2025 20:11:01 | Affirm Inc, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 13129168 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 22 2025 20:06:00 | Apple Card /Goldman Sachs Bank USA, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-6112 |
| 13146147 | | Email/Text: bankruptcy@sccompanies.com | Dec 22 2025 20:07:00 | Ashro, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13129170 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 22 2025 20:07:00 | Bridgecrest Acceptance Corporation, 7300 E Hampton Avenue, Mesa, AR 85209-3324 |
| 13129175 | | Email/Text: cfcbackoffice@contfinco.com | Dec 22 2025 20:06:00 | Celtic Bank / Continental Finance, 4550 NEW LINDEN HILL RD STE 40, WILMINGTON, DE 19808. |
| 13129171 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2025 20:11:08 | Capital One Bank (USA), N.A., PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 13129176 | + | Email/Text: service@figloans.com | Dec 22 2025 20:07:00 | Fig Loans Texas LLC, 2245 TEXAS DR STE 300, SUGAR LAND, TX 77479-1468 |
| 13129179 | | Email/Text: Bankruptcy@joracredit.com | Dec 22 2025 20:05:00 | Jora Credit, P.O. Box 8407, Philadelphia, PA 19101 |
| 13129181 | | Email/Text: customerservice.us@klarna.com | Dec 22 2025 20:06:00 | Klarna Inc, 629 N HIGH ST FL 30P, COLUMBUS, OH 43215 |
| 13129182 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2025 20:11:01 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 13129244 | | Email/Text: ml-ebn@missionlane.com | Dec 22 2025 20:05:00 | Mission Lane/ TAB Bank, 1504 BELLEVILLE ST, RICHMOND, VA 23230 |
| 13129242 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2025 20:07:00 | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 13129243 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2025 20:07:00 | Midnight Velvet, 1112 7TH AVE, MONROE, WI |

| District/off: 0541-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2025 | Form ID: ch7narpt | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13129263 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2025 20:11:00 | | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 13129264 | | Email/Text: bankruptcy@regionalmanagement.com Dec 22 2025 20:06:00 | | Regional Finance, 979 BATESVILLE RD STE B, GREER, SC 29651-6819 |
| 13129305 | | Email/Text: bankruptcy@snapfinance.com Dec 22 2025 20:05:00 | | SNAP Finance, 1193 W 2400 S, Salt Lake City, UT 84119 |
| 13129306 | | Email/PDF: ais.sync.ebn@aisinfo.com Dec 22 2025 20:10:57 | | SYNCB/PayPal, PO Box 71727, Philadelphia PA 19176-1727 |
| 13129265 | + | Email/Text: bankruptcy@sccompanies.com Dec 22 2025 20:07:00 | | Seventh Avenue, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 13146146 | | Email/PDF: Citi.BNC.Correspondence@citi.com Dec 22 2025 20:11:02 | | THD/CBNA (Home Depot), PO Box 790040, St. Louis, MO 63179-0040 |
| 13129333 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com Dec 22 2025 20:10:59 | | Wells Fargo Card Services, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13129169 | | Ashro |
| 13129174 | | CCB/TLS/QC |
| 13129331 | | THD/CBNA (Home Depot) |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2025               Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Janet S Casciato-Northrup | jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 2